Debra Berry
P.O. Box 2053
Turlock, CA 95380

**In Propria Persona/**



JAN 04 2018

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA BERRY, on behalf of
its members and all other
similarly situated citizens,

        Plaintiff,

        vs.

MODESTO AREA EXPRESS REGIONAL
TRANSIT, A Public
Transportation Entity,
SHELLY REID, individually,
and in her official capacity
as Modesto Area Express
Regional Transit Bus Driver,
MICHAEL KEITH, individually
and in his official capacity
as Manager for Modesto Area
Express Regional Transit,

        Defendant's.

No. **1:18 CV · 0 0 0 2 2 DAD BAM**

CIVIL RIGHTS COMPLAINT FOR
DISCRIMINATION IN PUBLIC
TRANSPORTATION PURSUANT
TO 42 U.S.C.S. §§ 2000e to
2000e-17 FOR COMPENSATORY
AND PUNITIVE DAMAGES

**C O M P L A I N T**

**Nature of the Action**

1. This is an action for violation of Plaintiff's rights based upon discrimination pursuant to Title VI of the Civil Rights Act of 1964. Plaintiff seeks declaratory relief, compensatory and punitive damages in an amount to be proven at trial.

1.

## COMPLAINT AND JURY DEMAND

### (7th Amendment)

There is no other civil action between
the parties arising out of the same
transaction or occurrence as alleged
in this Complaint pending in this Court,
Plaintiff voluntarily dismissed the
state court action in case No.
17-VC-02831 in order to
file this Federal complaint

**NOW COMES** Plaintiff, Debra Berry, In Propria Persona and hereby states as follows:

### Jurisdiction and Venue

2. This Court has jurisdiction of the action under 28 U.S.C. §§ 1331 and 1334. This action arises under Title VI of the Civil Rights Act of 1964 and under the Fourteenth Amendment to the United States Constitution, under the federal laws, 42 U.S.C. §§ 1981, 1983, and 2000d et seq.

3. Venue in this Court is proper under 28 U.S.C. § 1391 and this Court has personal jurisdiction over the defendants sued in their personal capacities in this matter because the events giving rise to this claim occurred in this district.

### Plaintiff

4. Plaintiff, Debra Berry is, and at all times relevant to this litigation was, a resident of the State of California and at one time a passenger of Modesto Area Regional Express ("common carriers") when subjected to being discriminated against pursuant to California Civil Code §2100.

5. Plaintiff, Debra Berry, brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of herself and on the behalf of the class of other citizens using the public transpiration

2.

system based upon Modesto Area Regional Express, or "Common Carrier", maintaining and having a discriminatory policy that favors one group of passengers over another group of passengers while being a federally funded transportation project having a discriminatory policy. Because the class is so numerous that joinder of all members is impracticable; there are questions of law or fact common to the class; their claims are typical of the claims of the class; they will fairly and adequately protect the interest of the class; the prosecution of separate actions by individual members would create a risk of inconsistent adjudication; the Defendants have acted or refused to act on grounds generally applicable to the class, thereby making appropriate and injunctive relief or corresponding declaratory relief common to the members of the class predominate over any questions affecting only individual members.

### Defendants

6. The Modesto Area Express Regional Transit (hereafter MAERT) is a business entity and corporation that is a federal funded public transportation system available to the public for the purpose of transporting citizens without any form of discrimination, preference or disparate treatment, disparate impact, or perpetuating the effect of prior discrimination based on race, color, or national origin and is responsible for depriving Plaintiff of equal protection of the laws and discriminating against Plaintiff due to an unfair and discriminatory policy of preference of a certain group of passengers with bus passes over another group of passengers without buss passes and pays for their bus fare with cash.

7. Shelly Reid, (hereafter Defendant Reid) at all times relevant to this litigation, was the duly qualified and acting bus driver of the

3.

Modesto Area Express Regional Transit and in doing the acts and things hereinafter set forth was acting in her capacity, under color of state law and is responsible for depriving Plaintiff of equal protection of the laws and discriminating against Plaintiff from authorizing preference of certain passengers with bus passes over other passengers without bus passes and paid for the bus fair with cash. Defendant Reid is also responsible for causing further injury to Plaintiff from a blatant display of carelessness, agitation, oppression, inciting and acting negligently from trapping Plaintiff's body inside of the bus doors and driving away while Plaintiff remained wedged in between the doors after being pushed by a certain class of passenger that had were granted priority policy over Plaintiff and other situated passengers.

8. **Michael Keith,** at all times relevant to this litigation, was the duly qualified and acting Modesto Area Express Regional Transit Manager responsible for training and supervising Defendant Reid, and in doing the acts and things hereinafter set forth was acting in his representative capacity, under color of state law and is responsible for denying to Plaintiff equal protection of the law and discriminating against Plaintiff from supporting a discriminatory policy and failing to train and supervise Defendant Reid under the Safety Guidelines of the Modesto Area Express Regional Transit Regulations against maintaining a discriminatory policy.

## Facts

9. On or about May, 18, 2016, at approximately 5:15 p.m., Plaintiff stood awaiting to board the Modesto Area Express Regional Transit, a Public Transportation, Plaintiff was subjected to a Modesto Area Regional Express Transit (MAERT) discriminatory and preference policy by a group of passengers that demanded to have first preference on the bus due to having

4.

monthly bus passes over Plaintiff and other similar situated passengers that chose to deposit bus fare into the fare box to pay for their fare that was sanctioned by Modesto Area Express Regional Transit and authorized by Defendant Reid, identified as Employee Number 375, and Defendant Keith, as Manager for Modesto Area Express Regional Transit, in violation of Title VI of the Civil Rights Act of 1964, 49 U.S.C. 47123, and the Age Discrimination Act of 1975 (Civil Rights Laws) prohibiting discrimination on the basis of race, color, national origin, creed, sex, or age in any program or activity receiving federal financial assistance as well as in violation of the Department of Transportation prohibiting recipients receiving federal financial assistance from intimidating or retaliating against anyone, because he or she acts to secure rights protected by civil rights laws as Plaintiff acted to protect her rights to equal treatment to travel/on the Modesto Area Express Regional Transit after waiting her place in line and paying her bus fare.

10. While Plaintiff was digesting the discrimination policy of certain passengers having monthly passes and privileges over other passengers, Plaintiff was oppressed by another group of passengers demanding to exercise their privilege rights and enter the bus first over Plaintiff and other passengers that were paying for their fare and did not have monthly passes in spite of Plaintiff and the other passengers waiting their place in line.

11. While Plaintiff stood in line to pay her bus fare she excused herself to walk over to Whole's Food Market and got change for a Twenty Dollar bill in order to pay for the bus fare. The bus fare was $16.00. As Plaintiff resumed her place in line she was oppressed by another passenger that demanded to be first on the bus in spite of being in line

5.

way behind Plaintiff due to having a monthly bus pass. From the constant oppression by these groups of privileged passengers Plaintiff placed $16.00 into the fare box which consisted of one Ten Dollar Bill, a Five Dollar Bill and a One Dollar Bill.

12. After Plaintiff deposited her fare all of the passengers with monthly passes began yelling at Plaintiff that they have a right to get on the bus before Plaintiff due to having monthly passes which agitated all of the other passengers and created hostility which was compounded by Defendant Reid.

13. At this point, Defendant Reid, stated to Plaintiff that the passengers with bus passes have first priority to getting on the bus before passengers that doesn't have buss passes. Plaintiff explained to Defendant Reid that she stood in line as every other passenger and was paying for her bus fare with cash and should not be discriminated against due to not having a monthly pass. Defendant Reid stated to Plaintiff that she had only deposited $8.00 into the fare box. Plaintiff enlightened Defendant Reid that she was incorrect because she had just received change for a Twenty Dollar Bill and only had four dollars left from the Twenty Dollar Bill and knew for certain that she had deposited Sixteen Dollars into the fare box. Defendant Reid became very agitated and irate and stated that she would have Plaintiff forcefully removed from her bus if Plaintiff didn't deposit more money into the fare box. At this point, Plaintiff requested a refund of the money she had deposited in order to have a receipt of the exact amount that had been deposited in order to prove that she had deposited the correct amount of money in the fare box. Defendant Reid refused to provide Plaintiff with a refund. Plaintiff then requested a for travel receipt so that she could take another bus and avoid all

of the oppression and privilege bus seating.

14.    After Defendant Reid refused to refund Plaintiff her money or provide a travel receipt, Defendant Reid got off of the bus and made a call on her cell phone. After a period of time a female Police Officer walked up to Defendant Reid and they had a discussion. Defendant Reid came back on the bus and took her seat behind the wheel. Plaintiff again asked for a refund and a travel receipt and Defendant Reid again refused.

15. While Plaintiff stood their in front of Defendant Reid, a passenger came up to Plaintiff and stated that he wanted to speak with Plaintiff, as Plaintiff turned to address the passenger, the passenger pushed Plaintiff down the steps and Defendant Reid closed the door, trapping Plaintiff's body in between the door and halfway outside of the bus while driving away pulling Plaintiff until eventually stopping the bus after causing further injury to Plaintiff.

16.    One of the passenger that was being discriminated against observed everything and reported the incident to the Modesto Area Express Office and they called the Bart Police Department. Officer's Kassandra Watts, Badge #061689 and Officer Cassandra Rinnert, Badge #057221 arrived on the scene and created an Incident Report that is identified as OCA #1605-1216, dated May 18, 2016, that was reported by K. Watts #273. **See Exhibit "A" hereto attached.**

17.    When Officer K. Watts arrived on the scene, she disregarded Plaintiff, the injured victim and started a conversation with Defendant Reid, inquiring about the accident while Plaintiff laid in excruciating pain, suffering from being trapped inside of the door by Defendant Reid, causing Plaintiff to require medical attention and treatment to her right arm and right leg from driving away while Plaintiff was wedged between

7.

the door.

18.   The Paramedics Plus, #5114 arrived, evaluated Plaintiff's medical injuries and transported Plaintiff to Valley Care Hospital for a follow-up examination.   After Plaintiff was treated and placed in an ace-bandage wrap for her arm and leg to provide support for her injuries Plaintiff was released from Valley Care Hospital on the same day.

19.   On or about May 18, 2016, Officer K. Watts attempted to call Defendant Reid to discuss the incident and Defendant Reid did not answer.

20.   On or about May 22, 2016, Officer K. Watts called Defendant Reid to discuss the incident and Defendant Reid stated that it was not a good time to discuss the incident.

21.   Plaintiff filed a complaint with the Modesto Area Express Regional Transit Office and spoke with Defendant Keith regarding the incident and inquired about his training and supervision of Defendant Reid as the Manager of Modesto Area Regional Express Transit and having a discriminatory policy of privilege passengers having monthly passes verses citizens paying cash to travel.   Defendant Keith simply stated that this was Modesto Area Express Regional Express policy and was in support of Defendant Reid's position in spite of Plaintiff's injury and complaint.

## F I R S T   C L A I M

### INTENTIONAL PHYSICAL HARM TO PLAINTIFF BY DEFENDANT REID

22.   Plaintiff repeat and reallege the allegations and averments of paragraphs 1-21 as if fully set for herein and state that the actions of Defendant Reid as previously stated was the direct cause of Plaintiff's physical injuries from supporting a discriminatory policy of Modesto Area Express Regional Transit and agreeing with a certain class of passengers have first priority of setting and entry on the bus over other passengers

and for acting negligently while trapping Plaintiff's body in between the bus doors and driving off after Plaintiff was pushed by a privileged passenger in stead of stopping the bus and assisting Plaintiff in order to prevent further injury to Plaintiff.

23.   The individual Defendant's acted under color of law to deny Plaintiff equal protection of the laws, and to discriminate on the basis of privilege preference of passengers with monthly passes over passengers paying with cash to travel on the Modesto Area Express Regional Transit in violation of Title VI of the Civil Rights Act of 1964 and of the Fourteenth Amendment to the United States Constitution.

24.   The individual Defendant's violated Plaintiff clear Constitutional right to receive equal treatment and care as all other passengers without being discriminated against and treated as a second class citizen due to not having a monthly bus pass in violation of the United States Constitution.

## S E C O N D   C L A I M

### MODESTO AREA EXPRESS MAINTAINING A DISCRIMINATORY POLICY THAT FAVORS A CERTAIN CLASS OF PASSENGERS

25.   Plaintiff repeat and reallege the allegations and averments of paragraphs 1 - 24 as if fully set forth herein.

26.   Defendant Modesto Area Express Regional Transit as a recipient of federal funds, discriminated against Plaintiff on the basis of having a discriminatory policy thatfavors a certain class of passengers  over other passengers in violation of the United States Constitution and allowing Defendant Reid and Defendant Keith to enforce such a discriminatory policy over passengers  that paid their fare with cash instead of purchasing a monthly bus pass  in violation of the Untied States Constitution  and in violation of 42 U.S.C. § 2000d et seq.

9.

# R E L I E F

**WHEREFORE,** Plaintiff demands judgment:

A. Awarding Plaintiff compensatory damages of $100,000.00 each from each Defendant and punitive damages in an amount to be proven at trial;

B. Declaring that Defendant's violated Plaintiff rights to nondiscriminatory treatment under the Fourteenth Amendment and 42 U.S.C. §§ 1981, 1983, and 2000d et seq.;

C. Enjoining Defendant's from continuing to discriminate on the basis of having a policy that provides special treatment to a certain class of passengers that travel on the Modesto Area Express Regional Transit in violation of the Fourteenth Amendment;

D. Attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and any other applicable authority; and

E. Any other relief deemed appropriate and just.

I swear under the penalty of perjury that all of the information in this civil rights complaint is true, correct and complete, and to those matters stated on information and belief, I believe them to be true.

DATED: January 2, 2018

Respectfully submitted,

Debra Berry
Plaintiff in Pro Se/

10.

EXHIBIT

# INCIDENT REPORT

**LOCATION/TIME**

| Agency Name: BART Police Department | | ORI #: CA0012100 | | Report Date/Time: 5/18/2016 | | OCA #: 1605-1216 | |
|---|---|---|---|---|---|---|---|
| Incident Start Date/Time: 5/18/2016 | DOW: | Report Type: SUPPLEMENT | | **Case Screening:** ☐ Serialized Property ☑ Evidence Collected ☐ PC 293 Sex Crime | ☐ CHP 180 ☐ Hate Crime ☐ Gang Related ☐ Domestic Viol. | Total Loss $0.00 | |
| Incident End Date/Time: 5/18/2016 | Internal Incident Status: NO FURTHER INVESTIGATION | | | | | | |

Incident Location:
5801 Owens Drive, Pleasanton, CA 94588 Dublin CA 94588

Secondary Location:

| Case Description: Zone 3 | UCR Status: Cleared | Reporting Area: [Zone 3] Zone 3 |
|---|---|---|
| | | Operation Method: |

**OFFENSE**

| Penal Code: PC 242 | UCR Code: 9 | F/M: M | Penal Code Description: Battery | Counts: 1 | Comp/Att: ☑ ☐ |
|---|---|---|---|---|---|
| Structure | | TOD: Day | Bias Motivation: NONE | Offense Location: AIR / BUS / TRAIN TERMINAL | |
| Weapon Used: | | | Situation Code: SINGLE VICTIM / SINGLE OFFENDER | Premise: MISCELLANEOUS | |
| Penal Code: | UCR Code: | F/M: | Penal Code Description: | Counts: | Comp/Att: ☐ ☐ |
| Structure | | TOD: | Bias Motivation: | Offense Location: | |
| Weapon Used: | | | Situation Code: | Premise: | |

**VICTIM**

| ☑ Person ☐ Business | Name: Debra Berry | | Phone: 916-764-9177 | Cell Phone: |
|---|---|---|---|---|

Address (Street, Apt., City, State, Zip):
PO BOX 2053 Turlock CA 95350

Pager:

| Involvement Type (Person): VICTIM | Victim Type (Business): PERSON / INDIVIDUAL | Domestic ☐ Violence | LEOKA Activity: | LEOKA Assignment: |
|---|---|---|---|---|
| Occupation: | Employer: | Employer Address: | | Employer Phone: |

| Relationship to Offender (Person): | | DOB: 11/29/1959 | Age: 56 | Sex: F | Height: | Weight: | Injury Type: ☑ Minor Injuries ☐ Internal Injuries ☐ Lacerations ☐ Other Injuries | ☐ Unconscious ☐ Teeth Injury ☐ Bone Injury ☐ None |
|---|---|---|---|---|---|---|---|---|
| Race: Black | Ethnicity: NON-HISPANIC | SSN: | License (#, Class, State): | | Related Offense(s): 9 | | | |

**SUSPECT**

| Suspect #1 Name: UNKNOWN | | Phone: | Cell Phone: | Pager: |
|---|---|---|---|---|

Address (Street, Apt., City, State, Zip):
Not Applicable CA Not Applic

| Occupation: | Employer: |
|---|---|

| Suspect Forced Victim: | | Primary Action: | | Employer Address: | | Employer Phone: |
|---|---|---|---|---|---|---|
| Solicited/Offered: | Suspect Force: | DOB: | Age: 00 | Sex: U | Height: | Weight: | Build: UNKNOWN | Complexion: UNK | Eye Color: UNKNOW |
| Race: Unknown | Ethnicity: UNKNOWN | SSN: | License (#, Class, State): | | Related Offense(s): 9 | | Hair Color: UNKNOWN | Hair Length: UNKNOWN | Hair Style: UNKNOW |
| Clothing Description: | | | NCIC #: | State ID #: | | Facial Hair: OTHER / | Speech: | Teeth: |

| Body Markings (Type, Location, Description): | Suspect Injured: ☐ | Suspect Arrested: ☐ | Additional Suspects: ☐ | Additional Persons: ☑ |
|---|---|---|---|---|

**ADMIN**

| Watts, Kassandra 061689 | 061689 | 5/18/2016 |
|---|---|---|
| Reporting Officer | ID # | Date |
| Rinnert, Cassandra 057221 | 057221 | 5/18/2016 |
| Assisting Officer | ID # | Date |
| Justice, Keith 055360 | 055360 | 5/22/2016 10:27:00 PM |
| Reviewing Officer | ID # | Date |

Reporting Officer Signature

Assisting Officer Signature JUL 07 2016

Reviewing Officer Signature

CONTROLLED DOCUMENT DUPLICATION OR REISSUANCE CONTROLLED BY LAW

BART POLICE DEPARTMENT CONFIDENTIAL

August 15, 2016

Bart Area Express

1001 9th Street

Modesto Ca. 95355

To whom it may concern: / Mr. Michael Keith

As an Independent and True party of fact I am requiring a Formal request from any and all Pertinent

Documents and Evidence, i.e. Video recordings etc. regarding the incident that occurred on May 18,

2016. Under The Freedom of Information Act and public records exposure, can you deliver the materials

in question.   Any further question to help expedite this matter.  My contact information is P.O. Box

2053 Turlock Ca. 95380.

Thank you

Debra Berry

Bart Area Express

1001 9th Street Suite A

Modesto, California 95355

June 10, 2016

Dear Mr. Michael Keith

On May 18, 2016, at around 5:15 and 5:30 pm I was a passenger on Bart Area Express. As I stood in line waiting for my space to ride the bus, I had a very disturbing experience, with a female driver employee number 375 and a male who appeared to be a passenger. As I prepared to take this trip I was confronted by a group of individuals about reserve seating. While waiting in line and as I approached the fair box to pay my fair I was again confronted by a group of individuals who appeared to be passengers about letting the passengers who have monthly passes go on first. I was just ahead of a young lady with a round trip ticket in her hand. So at that point I am sure I was where I was supposed to be awaiting my turn to board the bus in route to Modesto California.

Before I paid my fair to board the bus I went over to Whole Food's Market and I got change for a $20.00 dollar bill I was giving a $10.00 dollar bill a $5.00 dollar bill and 5 one's. As I paid my fair 16.00 dollars in the fair box I observed another individual who was sitting in front of the bus who was also harassing me about letting people with the monthly passes go first, I then became confused, I put a $10.00 dollar bill in the fair box, I put a $5.00 dollar bill in the fair box, and I put $1.00 dollar bill in the fair box, while everyone was still yelling at me about reserved seating and letting people who had monthly passes go first. At this time it got out of hand, I made a statement about telling these individuals who was yelling at me, I told the driver to calm down and she then told me not to tell her to calm down and had also told me that I only put 8.00 dollars in the fair box. We went back and forth about the fair, and she was so angry and irate telling me that I wasn't going to be taking her bus. So at that point I then had asked for a refund which she had refused to give me I had asked her for a receipt of travel because after all of the confusion I decided that I was going to take the later bus. After going back and forth about how much I paid and a receipt. I had observed the driver of the bus getting off and

1

using her cell phone, I then observed a female police officer come out and they had a discussion however I was never approached by this officer, and then she left after they had a discussion. I then observed a guy who appeared to be a passenger telling me that he wanted to talk to me. And I said sure you can talk to me, as I started to walk off the bus he pushed me toward the stairs downward I had then tried to hold on still asking for my refund and that's when the driver closed the door on my person and then drove off.

After a witness observed everything he called the Max bus office I had observed this person telling them what had happened to me and what he saw that day. After police officers and ambulances came out, I was then taking to a nearby hospital to be treated for injuries due to the incident that took place.

### Statement of Facts

The bus driver had refused to give me her name

Bus Driver 375 neglected her duty to pertain lawful order by deliberately instigating conflict that led to harassment & violence.

The Driver exacerbated the situation, by losing control which contributed to hostility & confrontation from other riders causing me, Ms. Berry to be assaulted.

The Driver aided and abetted the action of the person who assaulted me.

Sincerely,

Debra Berry

2

**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

Patient:    BERRY, DEBRA Y                    MR#: 875284
Physician:  Amandeep Singh, MD                Acct #:303356497
                                              DOB: 11/29/1959

---

You have been diagnosed with a contusion.

A contusion is a bruise. A contusion occurs when a body part is struck forcefully causing injury and breaking of small capillaries, which are tiny blood vessels. When capillaries break, bleeding occurs into the area and can cause reddish, purple or even black-and-blue discoloration of the skin. The area may remain painful for the next few days while the healing process occurs. If you are using a blood thinner such as Coumadin (Warfarin), the bruising may be much worse.

Treatment for this type of injury includes the application of ice to the injured area along with limiting any activity which might worsen the pain.

By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a resealable (Ziploc) bag and add some water. Put a thin washcloth between the bag and your skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. More frequent use of the ice and longer application times are OK. NEVER APPLY ICE DIRECTLY TO THE SKIN.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

- You experience a severe increase in pain or swelling in the affected area.

- You develop new numbness and tingling in or below the affected area.

- You develop a cold, pale foot/hand that appears to have a problem with its blood supply.

Date/Time:  18-May-2016 19:52                                Page 1 of 1

| Agency Name: BART Police Department | ORI #: CA0070A00 | Report Date/Time: 1/18/20 | OCA #: 16002610 |
|---|---|---|---|

**ADDITIONAL PERSONS**

| ☑ Person ☐ Business | Name: Shelly Reid | | Phone: ●●●●●●●●●●●●● | Cell Phone: |
|---|---|---|---|---|

Address (Street, Apt., City, State, Zip): Not Applicable CA Not Applic | Pager:

| Involvement Type (Person): REPORTEE | Victim Type (Business): | Domestic Violence ☐ | LEOKA Activity: | LEOKA Assignment: |
|---|---|---|---|---|

| Occupation: | Employer: | Employer Address: | Employer Phone: |
|---|---|---|---|

| Relationship to Offender: | DOB: | Age: ●●●●●● | Sex: ●●●●●● | Height: | Weight: | Build: ●●●●●●●●● | Complexion: ●●●●●●●●● | Eye Color: ●●●●●●●● |
|---|---|---|---|---|---|---|---|---|

| Race: ●●●●●●●●●●●●● | Ethnicity: ●●●●●●●●●●●● | SSN: | License (#, Class, State): | Related Offense(s): | Hair Color: ●●●●●●●● | Hair Length: ●●●●●●●●● | Hair Style: ●●●●●●●● |
|---|---|---|---|---|---|---|---|

| Clothing Description: | NCIC #: | State ID #: | Facial Hair: ●●●●●●●●●●● | Speech: | Teeth: |
|---|---|---|---|---|---|

Body Markings (Type, Location, Description): | Solicited/Offered:

Injury Type: ☐ Minor Injuries ☐ Unconscious ☐ Internal Injuries ☐ Teeth Injury ☐ Lacerations ☐ Bone Injury ☐ Other Injuries ☐ None

| Suspect Forced Victim: | Primary Action: | Suspect Force: |
|---|---|---|

---

| ☐ Person ☐ Business | Name: | | Phone: | Cell Phone: |
|---|---|---|---|---|

Address (Street, Apt., City, State, Zip): | Pager:

| Involvement Type (Person): | Victim Type (Business): | Domestic Violence ☐ | LEOKA Activity: | LEOKA Assignment: |
|---|---|---|---|---|

| Occupation: | Employer: | Employer Address: | Employer Phone: |
|---|---|---|---|

| Relationship to Offender: | DOB: | Age: | Sex: | Height: | Weight: | Build: | Complexion: | Eye Color: |
|---|---|---|---|---|---|---|---|---|

| Race: | Ethnicity: | SSN: | License (#, Class, State): | Related Offense(s): | Hair Color: | Hair Length: | Hair Style: |
|---|---|---|---|---|---|---|---|

| Clothing Description: | NCIC #: | State ID #: | Facial Hair: | Speech: | Teeth: |
|---|---|---|---|---|---|

Body Markings (Type, Location, Description): | Solicited/Offered:

Injury Type: ☐ Minor Injuries ☐ Unconscious ☐ Internal Injuries ☐ Teeth Injury ☐ Lacerations ☐ Bone Injury ☐ Other Injuries ☐ None

| Suspect Forced Victim: | Primary Action: | Suspect Force: |
|---|---|---|

---

| ☐ Person ☐ Business | Name: | | Phone: | Cell Phone: |
|---|---|---|---|---|

Address (Street, Apt., City, State, Zip): | Pager:

| Involvement Type (Person): | Victim Type (Business): | Domestic Violence ☐ | LEOKA Activity: | LEOKA Assignment: |
|---|---|---|---|---|

| Occupation: | Employer: | Employer Address: | Employer Phone: |
|---|---|---|---|

| Relationship to Offender: | DOB: | Age: | Sex: | Height: | Weight: | Build: | Complexion: | Eye Color: |
|---|---|---|---|---|---|---|---|---|

| Race: | Ethnicity: | SSN: | License (#, Class, State): | Related Offense(s): | Hair Color: | Hair Length: | Hair Style: |
|---|---|---|---|---|---|---|---|

| Clothing Description: | NCIC #: | State ID #: | Facial Hair: | Speech: | Teeth: |
|---|---|---|---|---|---|

Body Markings (Type, Location, Description): | Solicited/Offered:

Injury Type: ☐ Minor Injuries ☐ Unconscious ☐ Internal Injuries ☐ Teeth Injury ☐ Lacerations ☐ Bone Injury ☐ Other Injuries ☐ None

| Suspect Forced Victim: | Primary Action: | Suspect Force: |
|---|---|---|

CONTROLLED DOCUMENT DUPLICATION OR REISSUANCE CONTROLLED BY LAW

Oct 2016

RELEASED BY: DART POLICE DEPARTMENT BART CONFIDENTIAL

**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

| | | | |
|---|---|---|---|
| Patient: | **BERRY, DEBRA Y** | MR#: | **875284** |
| Physician: | **Amandeep Singh, MD** | Acct #: | **303356497** |
| Admit Date: | **05/18/16 18:40** | DOB: | **11/29/1959** |

---

## Valleycare Medical Center Emergency Department

## DISCHARGE MEDICATION LIST

**NOT AN ORDER FORM**

This form is to be used when discharging a patient in order to document a complete medication history.

| | δ | Unable to obtain patient medication information. Reason: | |
|---|---|---|---|

**Patient allergies: No known allergies.**

MEDICATION NAME, DOSE, ROUTE, FREQUENCY

## Home medications (list has NOT been verified by Pharmacist): Patient not currently taking any medications.

**Prescription(s) written in ED:**

Comments on Medications and Managing Medication Information:
- Please provide this list to your primary care physician or provider.
- Please update the information when medications are stopped (discontinued).
- Please update the information when your doses have changed or when new medications are added.
- Please carry this medication information with you at all times in the event of emergency situations.

| | Time form printed: | | 18-May-2016 19:52 |
|---|---|---|---|

| Source of Medication History: | KEY POINTS |
|---|---|
| Source of Medication History: Patient | ▪ Use NO Prohibited Abbreviations<br>▪ If amending an entry, draw a line through it, initial it and rewrite it correctly on another line |

**V0020 ValleyCare Health System**
A not for profit health system

| V0020 ValleyCare Medical Center | Valley Memorial Hospital |
|---|---|
| 5555 W. Las Positas Blvd. | 1111 E. Stanley Blvd. |
| Pleasanton, CA 94588 | Livermore, CA 94550 |
| Phone: 925-847-3000 | Phone: 925-447-7000 |

**DISCHARGE MEDICATION LIST**

Patient: BERRY, DEBRA Y
MR #: 875284
Account #: 303356497
DOB: 11/29/1959
Physician: Amandeep Singh, MD
Admit Date: 05/18/16 18:40

Case 1:18-cv-00022-DAD-BAM   Document 1   Filed 01/04/18   Page 19 of 19

CA 957

**COMPLETE THIS SECTION ON DELIVERY**

Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Bay Area Express
1081 9th Street
Modesto Ca. 95354

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

9590 9402 1885 6104 5635 79

9490 9402 1885 6104 5635 79

15 7010 0001 9376 0742

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 1885 6104 5635 79

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•