UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>MODESTO AREA EXPRESS REGIONAL TRANSIT, et al.,<br><br>    Defendants. | CASE NO. 1:18-cv-00022-DAD-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff Debra Berry ("Plaintiff"), proceeding pro se, filed the instant action for alleged discrimination on January 4, 2018. (Doc. 1.) Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for application to proceed in forma pauperis;

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

   Dated: __**January 8, 2018**__            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE