# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>MODESTO AREA EXPRESS REGIONAL TRANSIT, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00022-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 3)<br><br>TWENTY-ONE DAY DEADLINE |

    Plaintiff Debra Berry ("Plaintiff"), proceeding pro se, filed the instant action for alleged discrimination on January 4, 2018. (Doc. No. 1.) Plaintiff failed to pay the $400.00 filing fee or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Therefore, the Court directed the Clerk of the Court to send Plaintiff an application to proceed in forma pauperis and further directed Plaintiff to submit the completed and signed application or pay the filing fee for this action. (Doc. No. 2.) On January 16, 2018, Plaintiff submitted an application to proceed in forma pauperis, along with a signed motion. (Doc. No. 3.)

    In order to proceed without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff indicates that she receives Social Security. However, the in forma

1

pauperis application asks Plaintiff to state whether she has received any money from disability or workers compensation payments or any other sources, but Plaintiff answered "No." Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.

Plaintiff is reminded that she must disclose any financial support she receives from others as part of her application. All assets and sources of money must be disclosed, including the amounts. Further, the in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **January 17, 2018**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2